UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its capacity as
Receiver of AmTrust Bank,                       **MEMORANDUM & ORDER**
                                                13-CV-517(EK)(AYS)

                      Plaintiff,


           -against-

 US MORTGAGE CORPORATION,

                      Defendant.

--------------------------------------x

 US MORTGAGE CORPORATION,

           Third Party Plaintiff,


           -against-

 LAWRENCE CONDE, MARIAN CAMPA AND
 MICHAEL CONDE,

           Third Party Defendants.

--------------------------------------x
ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Shields's

Report and Recommendation (R&R) dated February 9, 2026.  ECF No.

183.  Judge Shields recommends granting U.S. Mortgage

Corporation's motion for default judgment against Michael Conde.

Neither party has filed objections and the time to do so has

expired.  Accordingly, the Court reviews Judge Shields's

recommendation for clear error on the face of the record.  *See*

Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error in Judge Shields's liability and damages analyses and therefore adopt the R&R in full as to those topics.  Default judgment will not enter at this time, however, given that certain third-party defendants remain in the case.  *See Lemanche v. Tunnel Taxi Mgmt., LLC*, 354 F. Supp. 3d 149, 152 (E.D.N.Y. 2019).  USMC has previously indicated its intention to voluntarily dismiss Marian Campa if the Court granted default judgment against Michael Conde.  ECF No. 180.  Third-party defendant Edward Christensen also remains in the case.  *See* Docket Order dated May 23, 2022.  To the extent USMC intends to dismiss the remaining third-party defendants, it should submit the necessary process to effectuate such dismissals on or before March 11.  Judgment will enter upon the dismissal of all other third-party defendants.

Pursuant to Judge Shields's recommendation, USMC also has thirty days from the date of this order to file evidence in support of their damages claim.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:     February 26, 2026
           Brooklyn, New York

3